ALAN R. BAUM (SBN 42160)
The Criminal Defense Group
5250 Lankershim Blvd., Suite 500.
North Hollywood, California 91601
Tel: (818) 487-7400
Fax: (818) 487-7414
email: abaum@thecriminaldefensegroup.com

Attorney for Defendant
ARDIS VANFOSSAN

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-cr-00353-GWN |
| Plaintiff, | ) ) ) | **STIPULATION REGARDING DATE FOR CHANGE OF PLEA,** |
| v. | ) | **AND ORDER THEREON** |
| ARDIS VANFOSSAN , | ) ) ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Susan Cushman, and defendant Ardis Vanfossan ("defendant") by and through her attorney of record, Alan Baum, hereby file this joint request for an order resetting defendant's Change of Plea Hearing from August 24, 2015 to any date convenient to the Court on or after November 9, 2015. As the cause therefore, counsel for defendant is scheduled for surgery on the date presently set and will require a lengthy period for recovery.

IT IS SO STIPULATED

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

|  |  |
|---|---|
|  | SUSAN CUSHMAN<br>Assistant United States Attorney |
| Dated: August 18, 2015 | /s/ Susan Cuishman<br>SUSAN CUSHMAN<br>Assistant United States Attorney<br>Attorneys for Plaintiff<br>United States of America |
|  | Respectfully submitted, |
| Dated: August 18, 2015 | /s/ Alan Baum<br>ALAN BAUM<br>Attorney for Defendant Vanfossan |

**IT IS HEREBY ORDERED** that Defendant's hearing regarding his **Change of Plea** is rescheduled from August 24, 2015, at 1:30 p.m. to **Monday, November 23, 2015** at the hour of **11:00 a.m.** before the Honorable Gloria M. Navarro, Chief Judge, in **Courtroom 7D**.

**DATED** this 19th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

-1-

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2015, the STIPTULATION REGARDING DATE FOR CHANGE OF PLEA, PROPOSED ORDER was submitted electronically on the Electronic Case Filing System of the Clerk of the U.S. District Court for the District of Nevada.

_____/s/_ Alan Baum