1   ALAN R. BAUM (SBN 42160)
2   6400 Canoga Ave., #216
    Woodland Hills, California 91367
3   Tel: (818 590-5542
    Fax: (818) 487-7414
4   email: sfvab@aol.com

5   Attorney for Defendant
    ARDIS VANFOSSAN

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,        )      Case No.: 2:14-CR-00353-GWN
                                     )
12                                   )
                 Plaintiff,          )      **STIPULATION REGARDING**
13                                   )      **MODIFICATION OF CONDITIONS OF**
    v.                               )      **RELEASE OF ARDIS VANFOSSAN**
14                                   )
                                     )
15  ARDIS VANFOSSAN,                 )
                                     )
16                Defendant.         )

17

18          Plaintiff, United States of America, by and through its attorney of record, Assistant

19  United States Attorney Susan Cushman, and defendant Ardis Vanfossan by and through her

20  attorney of record, Alan Baum, hereby stipulate that defendant's conditions of bond be modified

21  and that she be allowed to travel throughout the United States upon giving Pretrial Services prior

22  notice as to where and when she intends to travel.

23          It is further stipulated that special condition 74 of her conditions of release wherein

24  defendant is ordered to have no contact with Katie Lee, true name Tuett Lee, be stricken, and

25  defendant shall be allowed to have contact with Lee.

26          Pretrial Services Officer Jeff Cottam reports that the defendant is in full compliance with

27  all conditions of bond, and has no objection to the modifications requested.

28

1

IT IS SO STIPULATED

2

DANIEL G. BOGDEN
United States Attorney

3    Dated: October 19, 2015

/s/ susan cushman

SUSAN CUSHMAN

4

Assistant United States Attorney
Attorneys for Plaintiff

5

United States of America

6

7

8    Dated: October 19, 2015

/s/ alan baum

ALAN BAUM

9

Attorney for Vanfossan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALAN R. BAUM (SBN 42160)
6400 Canoga Ave., #216
Woodland Hills, California 91367
Tel: (818 590-5542
Fax: (818) 487-7414
email: sfvab@aol.com

Attorney for Defendant
ARDIS VANFOSSAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-CR-00353-GWN |
|---|---|---|
| Plaintiff, | ) | **(PROPOSED) ORDER MODIFYING** |
| v. | ) | **CONDITIONS OF RELEASE OF** |
| | ) | **ARDIS VANFOSSAN** |
| ARDIS VANFOSSAN, | ) | |
| Defendant. | ) | |

Upon Stipulation by the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant Vanfossan's conditions of bond be modified as follows:

Defendant shall be allowed to travel throughout the United States upon giving prior notice to Pretrial Services as to where and when she will be travelling.

Defendnat shall be allowed to have contact with Katie Lee, true name Truett Lee.

All other terms and conditions of bond shall remain the same.

Dated:   10/25/2015

_____
GLORIA M. NAVARRO
Chief United States District Court Judge