Case 2:14-cr-00353-GMN-GWF   Document 125   Filed 12/12/15   Page 1 of 2

ALAN R. BAUM (SBN 42160)
6400 Canoga Ave., #216
Woodland Hills, California 91367
Tel: (818) 590-5542
Fax: (818) 487-7414
email: sfvab@aol.com

Attorney for Defendant
ARDIS VANFOSSAN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00353-GWN |
| Plaintiff, | **STIPULATION REGARDING MODIFICATION OF CONDITIONS OF RELEASE OF ARDIS VANFOSSAN** |
| v. | |
| ARDIS VANFOSSAN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Susan Cushman, and defendant Ardis Vanfossan by and through her attorney of record, Alan Baum, hereby stipulate that condition #74 of her conditions of bond be modified and that she be allowed to have telephone contact with co-defendant Saleumkiat Kayarath, all other conditions to remain the same.

IT IS SO STIPULATED

Dated: December 3, 2015

DANIEL G. BOGDEN
United States Attorney
/s/ susan cushman
SUSAN CUSHMAN
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

1  Dated: December 3, 2015                    /s/ alan baum
                                              ALAN BAUM
2                                             Attorney for Vanfossan

ALAN R. BAUM (SBN 42160)
6400 Canoga Ave., #216
Woodland Hills, California 91367
Tel: (818) 590-5542
Fax: (818) 487-7414
email: sfvab@aol.com

Attorney for Defendant
ARDIS VANFOSSAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARDIS VANFOSSAN,<br><br>Defendant. | Case No.: 2:14-CR-00353-GWN<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE OF ARDIS VANFOSSAN** |

Upon Stipulation by the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant Vanfossan's conditions of bond be modified as follows:

Defendant shall be allowed to have telephone contact with co-defendant Saleumkiat Kayarath.

All other terms and conditions of bond shall remain the same.

Dated: December 16, 2015

_____
GLORIA M. NAVARRO
Chief United States District Court Judge