Case 2:14-cr-00353-GMN-GWF   Document 127   Filed 12/30/15   Page 1 of 2

ALAN R. BAUM (SBN 42160)
16501 Ventura Blvd., 4th floor
Encino, California 91364
Tel: (818) 590-5542
Fax: (818) 487-7414
email: alan@alanbaum.net

Attorney for Defendant
ARDIS VANFOSSAN

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-CR-00353-GWN |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING OF ARDIS VANFOSSAN** |
| v. | ) | |
| | ) | |
| ARDIS VANFOSSAN, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its counsel of record, the Assistant United States Attorney Susan Cushman, and Defendant, Ardis Vanfossan, by and through her attorney of record, Alan Baum, hereby stipulate and agree as follows:

WHEREAS the parties jointly request that the Court continue the sentencing hearing date from January 21, 2016 at 9:00 a.m. to March 10, 2016, for the following good cause;

    a. There remain some unresolved sentencing issues that are significant and which counsel for Defendant believes can be resolved by the granting of the requested continuance.

    b. The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy sentencing. Defendant joins in this request.

    c. The continuance is not based on the lack of diligence on the part of the parties;

NOW, THEREFORE, the parties stipulate and agree that the pending sentencing hearing currently set for January 21, 2016 at 9:00 a.m. be continued to March 10, 2016.

IT IS SO STIPULATED.

DATED: December 30, 2015

                                           /s/
                                Alan Baum, Esq.
                                Attorney for Defendant,
                                Ardis Vanfossan

DATED: December 30, 2015

                                           /s/
                                Susan Cushman
                                Assistant United States Attorney

Case 2:14-cr-00353-GMN-GWF   Document 127-1   Filed 12/30/15   Page 1 of 1

1  ALAN R. BAUM (SBN 42160)
   16501 Ventura Blvd., 4th floor
2  Encino, California 91364
   Tel: (818) 590-5542
3  Fax: (818) 487-7414
   email: alan@alanbaum.net
4
   Attorney for Defendant
5  ARDIS VANFOSSAN

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-CR-00353-GWN |
|---|---|---|
| Plaintiff, | ) | **ORDER CONTINUING SENTENCING HEARING OF ARDIS VANFOSSAN** |
| v. | ) | |
| ARDIS VANFOSSAN, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Susan Cushman, and Defendant, Ardis Vanfossan, by and through her attorney of record, Alan Baum, having stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that the sentencing hearing presently set for January 21, 2016 at 9:00 a.m. be continued to March 3, 2016, at 11:00 am in Courtroom 7D.

DATED:   December 29, 2015.

_____
GLORIA M. NAVARRO
Chief United States District Judge