ALAN R. BAUM (SBN 42160)
6400 Canoga Ave., #216
Woodland Hills, California 91367
Tel: (818) 590-5542
Fax: (818) 487-7414
email: sfvab@aol.com

Attorney for Defendant
ARDIS VANFOSSAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00353-GWN |
| Plaintiff, | **STIPULATION REGARDING MODIFICATION OF CONDITIONS OF RELEASE OF ARDIS VANFOSSAN** |
| v. | |
| ARDIS VANFOSSAN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Susan Cushman, and defendant Ardis Vanfossan by and through her attorney of record, Alan Baum, hereby stipulate that defendant's conditions of bond be modified and that the condition for Substance Abuse Testing and Treatment (Condition 38, et sec) be vacated.

///

///

Pretrial Services Officer Jeff Cottam reports that the defendant is in full compliance with all conditions of bond. and has no objection to the modification requested.

IT IS SO STIPULATED

Dated: January 20. 2016

DANIEL G. BOGDEN
United States Attorney
/s/ susan cushman
SUSAN CUSHMAN
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

Dated: January 20. 2016

/s/ alan baum
ALAN BAUM
Attorney for Vanfossan

Case 2:14-cr-00353-GMN-GWF   Document 129-1   Filed 01/20/16   Page 1 of 1

ALAN R. BAUM (SBN 42160)
6400 Canoga Ave., #216
Woodland Hills, California 91367
Tel: (818) 590-5542
Fax: (818) 487-7414
email: sfvab@aol.com

Attorney for Defendant
ARDIS VANFOSSAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARDIS VANFOSSAN, <br><br> Defendant. | Case No.: 2:14-CR-00353-GWN <br><br> **ORDER MODIFYING CONDITIONS OF RELEASE OF ARDIS VANFOSSAN** |

Upon Stipulation by the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant Vanfossan's conditions of bond be modified as follows:

The Substance Abuse Testing and Treatment condition (condition 38, et sec) is hereby VACATED.

All other terms and conditions of bond shall remain the same.

Dated:    January 28, 2016

_____
GLORIA M. NAVARRO
Chief United States District Court Judge