1  ALAN R. BAUM (SBN 42160)
   16501 Ventura Blvd., 4th floor
2  Encino, California 91436
   Tel: (747) 233-3626
3  Fax: (818) 487-7414
   email: alan@alanbaum.net
4
   Attorney for Defendant
5  ARDIS VANFOSSAN

6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF NEVADA

10

11 UNITED STATES OF AMERICA,        )   Case No.: 2:14-CR-00353-GWN
                                     )
12              Plaintiff,           )   **STIPULATION REGARDING**
                                     )   **MODIFICATION OF CONDITIONS OF**
13 v.                                )   **RELEASE OF ARDIS VANFOSSAN;**
                                     )
14                                   )
                                     )
15 ARDIS VANFOSSAN,                  )
                                     )
16              Defendant.           )
17

18
         Plaintiff, United States of America, by and through its attorney of record, Assistant
19
   United States Attorney Susan Cushman, and defendant Ardis Vanfossan by and through her
20
   attorney of record, Alan Baum, hereby stipulate that defendant's conditions of bond be modified
21
   and that she be allowed to have personal contact with co-defendant, Saleumkiat Kayarath,
22
   currently in the custody of the Federal Bureau of Prisons, consistent with all rules and
23
   regulations of the Bureau of Prisons.
24
         Pretrial Services Officer Jeff M. Cottam has indicated that the Defendant, who is due to
25
   surrender to begin the service of her sentence on or before June 29, 2016, is in full compliance
26

27

28

1  with all terms and conditions of her release, and that he has no objection to the modification

2  being stipulated to.

3       IT IS SO STIPULATED

4                                          DANIEL G. BOGDEN
                                           United States Attorney
5  Dated: May 17, 2016                     /s/ susan cushman
                                           SUSAN CUSHMAN
6                                          Assistant United States Attorney
                                           Attorneys for Plaintiff
7                                          United States of America

8

9

10 Dated: May 17, 2016                     /s/ alan baum
                                           ALAN BAUM
11                                         Attorney for Vanfossan

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 2:14-cr-00353-GWN Document 1164 Filed 05/20/16 Page 3 of 3

1 | ALAN R. BAUM (SBN 42160)
16501 Ventura Blvd., 4th floor
2 | Encino, California 91436
Tel: (747) 233-3626
3 | Fax: (818) 487-7414
email: alan@alanbaum.net
4
Attorney for Defendant
5 | ARDIS VANFOSSAN

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE CENTRAL DISTRICT OF NEVADA

10

11 | UNITED STATES OF AMERICA,                )    Case No.: 2:14-CR-00353-GWN
                                           )
12 |                        Plaintiff,      )
                                           )    **ORDER MODIFYING**
13 | v.                                     )    **CONDITIONS OF RELEASE OF**
                                           )    **ARDIS VANFOSSAN**
14 |                                        )
                                           )
15 | ARDIS VANFOSSAN,                        )
                                           )
16 |                        Defendant.      )

17

18       Upon Stipulation by the parties, and good cause appearing therefore, IT IS HEREBY

19 | ORDERED that defendant Vanfossan's conditions of bond be modified as follows:

20       Defendant shall be allowed to have personal contact with co-defendant, Saleumkiat

21 | Kayarath, currently in the custody of the Federal Bureau of Prisons, consistent with all rules and

22 | regulations of the Bureau of Prisons.

23       All other terms and conditions of bond shall remain the same.

24

25 | Dated: 5/20/2016

26 |                                                    GLORIA M. NAVARRO
                                                     Chief United States District Court Judge
27

28